**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6881**

KAREN B. WYCHE,

Plaintiff - Appellant,

versus

VIRGINIA STATE UNIVERSITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Dennis W. Dohnal, Magistrate Judge. (CA-04-766-DWD)

Submitted: October 20, 2005          Decided: October 28, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Karen B. Wyche, Appellant Pro Se. David Edward Johnson, Judith Williams Jagdmann, OFFICE OE THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Roscoe Connell Roberts, VIRGINIA STATE UNIVERSITY, Petersburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karen B. Wyche, proceeding pro se, appeals the magistrate judge's order[*] granting the Defendant's motion to dismiss with prejudice for failure to comply with various procedural and court directives. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Wyche v. Virginia State University</u>, No. CA-04-766-DWD (E.D. Va. May 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The case was decided by the magistrate judge upon consent of the parties. 28 U.S.C. § 636(c)(1) (2000).